*E-FILED - 11/12/08*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| FRANCISCO ISMAEL MERINO, | ) | No. C 08-4243 RMW (PR) |
|---|---|---|
| Plaintiff, | ) | ORDER OF DISMISSAL |
| v. | ) | |
| REDWOOD CITY COUNTY JAIL, | ) | |
| Defendants. | ) | |

On September 9, 2008, plaintiff, proceeding pro se, filed a civil rights complaint pursuant to 42 U.S.C. § 1983.  The same day, the court notified plaintiff that he had neither paid the filing fee nor filed an IFP application.  Along with the deficiency notice, plaintiff was provided with a new IFP application, instructions for completing it, and a stamped return envelope.  Plaintiff was cautioned that his failure to either file a complete IFP application, including the required certificate of funds and trust account statement,  or pay the filing fee within thirty days would result in the dismissal of this action.  No response has been received from plaintiff.  Accordingly, the instant action is DISMISSED without prejudice to plaintiff filing a new action in which he either pays the filing fee or files a completed IFP application.

The clerk shall enter judgment and close the file.

///

Order of Dismissal
P:\PRO-SE\SJ.Rmw\CR.08\Merino243dis.wpd

1          IT IS SO ORDERED.

2     DATED:   11/7/08

3                                                    RONALD M. WHYTE                    for
                                                     United States District Judge

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Order of Dismissal
P:\PRO-SE\SJ.Rmw\CR.08\Merino243dis.wpd