***E-FILED - 11/12/08***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| FRANCISCO ISMAEL MERINO, | ) | No. C 08-4243 RMW (PR) |
| Plaintiff, | ) ) | JUDGMENT |
| v. | ) ) | |
| REDWOOD CITY COUNTY JAIL, | ) ) | |
| Defendants. | ) ) ) | |

The court has dismissed the instant civil rights action without prejudice. A judgment of dismissal without prejudice is entered. The clerk shall close the file.

IT IS SO ORDERED.

DATED: 11/7/08

_____ for
RONALD M. WHYTE
United States District Judge